1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

SHARON CUNNINGHAM,         )   Case No. CV 11-144 JC
                          )
            Plaintiff,    )
                          )   JUDGMENT
        v.                )
                          )
                          )
MICHAEL J. ASTRUE,        )
Commissioner of Social    )
Security,                 )
                          )
            Defendant.    )
_____   )

18
19
20
21
22

        IT IS HEREBY ADJUDGED that the decision of the Commissioner of
Social Security is reversed in part and the matter is remanded for further
administrative action consistent with the Memorandum Opinion and Order of
Remand filed concurrently herewith.

23
24

DATED:   October 27, 2011

25
26
27
28

_____
              /s/
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE